UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE WIREMOLD COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS & BETTS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. _____<br><br>December 30, 2016 |

## COMPLAINT

Plaintiff The Wiremold Company, for its Complaint against Defendant Thomas & Betts Corporation, hereby alleges, through its attorneys McCarter & English, LLP, as follows:

### PARTIES

1. Plaintiff The Wiremold Company ("Wiremold") is a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business located at 60 Woodlawn Street, West Hartford, CT 06110.

2. Upon information and belief, Defendant Thomas & Betts Corporation ("T&B") is a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business located at 8155 T&B Boulevard, Memphis, TN 38125.

### JURISDICTION AND VENUE

3. This case involves patent infringement and arises under the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction under at least 28 U.S.C.

§§ 1331 (federal question) and 1338 (patent actions).

4. The Court has personal jurisdiction over Defendant T&B because, upon information and belief, Defendant T&B does business in this District, either directly or through established distribution channels or distributors. In addition, Defendant T&B has advertised, offered to sell and/or sold products which infringe Wiremold's patents that are the subject of this litigation within this District. Accordingly, Defendant T&B is subject to the jurisdiction of this Court consistent with the Connecticut Long-Arm Statute (C.G.S. § 52-59b(a)) and the Fourteenth Amendment to the United States Constitution.

5. Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400, because Defendant advertised, offered to sell, and/or sold products which infringe Wiremold's patents that are the subject of this litigation within this District. Venue in this District is also proper pursuant to 28 U.S.C. § 1391(b)(1) and (c)(2), because Defendant is subject to personal jurisdiction in this District.

## INFRINGED PATENTS

6. U.S. Patent No. 7,183,503 ("the '503 patent"), entitled "Recessed In-Floor Fitting," issued on February 27, 2007, to Timothy S. Bowman and Michael T. Cole. Wiremold is the owner of the '503 patent. A copy of the '503 patent is attached as Exhibit A.

7. U.S. Patent No. 8,063,317 ("the '317 patent"), entitled "Recessed Poke-Through Fitting," issued on November 22, 2011, to Timothy S. Bowman. Wiremold is the owner of the '317 patent. A copy of the '317 patent is attached as Exhibit B.

8. The '503 and '317 patents have not expired and are in full force and effect.

9. Pursuant to 35 U.S.C. § 282, the '503 and '317 patents and each of their claims

ME1 23883437v.2

are presumed valid.

## DEFENDANT'S INFRINGEMENT

10. Defendant T&B makes, uses, sells, offers for sale and/or imports within or into the United States recessed fire-rated poke-throughs covered by one or more claims of each of the '503 and '317 patents. The applicable products include, but are not limited to, those products that T&B refers to as SteelCity® Recessed Fire-Rated Poke-Throughs. Three examples of T&B's SteelCity® Recessed Fire-Rated Poke Throughs are the products identified by T&B catalog numbers RPT6-3G-ALM, RPT6-3G-BLK and RPT-3G-BRS. On information and belief, the different catalog numbers reflect different color SteelCity® Recessed Fire-Rated Poke Throughs, but otherwise correspond to functionally and structurally identical products.

11. With reference to the '503 patent, the SteelCity® Recessed Fire-Rated Poke-Through that is manufactured and sold by Defendant T&B infringes at least independent claim 1 of the '503 patent.

12. Specifically, as set forth in independent claim 1 of the '503 patent, the SteelCity® Recessed Fire-Rated Poke-Through constitutes an in-floor fitting that provides access to an underfloor electric distribution system, and includes, *inter alia,* (i) a cover configured to move between open and closed positions, the cover being moved to an open position to allow a cable to pass therethrough, (ii) an intumescent insert positioned below the cover; and (iii) a receptacle positioned below the cover and configured to operatively connect to a cable comprising at least one of an electrical cable and a communication cable, (iv) wherein the cover is substantially flush with a surface of a floor when the cable is operatively connected to the receptacle and the cover is in the closed position, and (v) wherein the cover allows the cable to extend from the

receptacle and through the cover when the cover is in the closed position.

13. With reference to the '317 patent, the SteelCity® Recessed Fire-Rated Poke-Through that is manufactured and sold by Defendant T&B infringes at least independent claim 1 of the '317 patent.

14. Specifically, as set forth in independent claim 1 of the '317 patent, the SteelCity® Recessed Fire-Rated Poke-Through constitutes a poke through fitting for mounting in a hole that extends through a concrete floor, and includes, *inter alia*, (i) a body made at least partially of intumescent material and having an outer wall, the body being configured to retain at least one receptacle; and (ii) a retention structure receiving at least a portion of the outer wall of the body within the retention structure, (iii) the retention structure being configured to retain the body within a hole in the floor and contain the expansion of the intumescent material.

### **FIRST COUNT**
### **(Infringement of the '503 Patent)**

15. Wiremold re-alleges and incorporates by reference paragraphs 1-14 above.

16. In violation of 35 U.S.C. § 271, Defendant T&B has been and still is infringing the '503 patent by making, using, selling, offering to sell and/or importing within or into the United States the T&B recessed fire-rated poke-throughs (collectively "the infringing products").

17. On information and belief, infringement of the '503 patent by Defendant T&B has been and continues to be willful.

18. Wiremold has been and continues to be damaged and irreparably harmed by infringement of the '503 patent by Defendant T&B.

ME1 23883437v.2

## SECOND COUNT
### (Infringement of the '317 Patent)

19. Wiremold re-alleges and incorporates by reference paragraphs 1-18 above.

20. In violation of 35 U.S.C. § 271, Defendant T&B has been and still is infringing the '317 patent by making, using, selling, offering to sell and/or importing within or into the United States the infringing products.

21. On information and belief, infringement of the '317 patent by Defendant T&B has been and continues to be willful.

22. Wiremold has been and continues to be damaged and irreparably harmed by infringement of the '317 patent by Defendants.

## PRAYER FOR RELIEF

Wherefore, Wiremold demands judgment in its favor and against the Defendant T&B as follows:

1. A judgment under 35 U.S.C. § 271 that Defendant T&B infringes the '503 and '317 patents;

2. An order under 35 U.S.C. § 283 preliminarily and permanently enjoining Defendant T&B and its officers, agents, subsidiaries, successors, employees, representatives, and assigns from infringing the '503 and '317 patents;

3. An award of damages under 35 U.S.C. § 284 adequate to compensate Wiremold for infringement of the '503 and '317 patents by Defendant T&B and an accounting to determine the proper amount of such damages;

ME1 23883437v.2

4. A three-fold increase in damages as a result of the willful acts of infringement by Defendant T&B;

5. An award under 35 U.S.C. § 284 of costs and prejudgment and post judgment interest on the compensatory damages to be awarded to Wiremold;

6. An award under 35 U.S.C. § 285 of Wiremold's attorney's fees incurred in this action; and

7. Such further relief as this Court deems just and proper.

**JURY TRIAL DEMANDED**

ATTORNEYS FOR PLAINTIFF
THE WIREMOLD COMPANY

By: */s/ Mark D. Giarratana*
Mark D. Giarratana (ct10401)
*mgiarratana@mccarter.com*
Eric E. Grondahl (CT08988)
*egrondahl@mccarter.com*
MCCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel.: 860-275-6700
Fax: 860-724-3397